**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIAM F. CARADINE/ASSABUR,**                                              **PLAINTIFF**
**ADC#90785**

**v.**                            **CASE NO. 5:11CV00205 BSM**

**CONRAD, Mailroom Supervisor,**
**Varner Unit, Arkansas Department of Correction**                  **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal would not be taken in good faith.

Dated this 7th day of September 2011.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE